UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JTH TAX LLC, d/b/a LIBERTY TAX SERVICES and SIEMPRETAX+ LLC,<br><br>                    Plaintiffs,<br><br>-against-<br><br>MICHAEL CYBULSKI, MC TAX LLC, EMPIRE TAX SERVICES, INC., and NAYELI CORIA,<br><br>                    Defendants. | No. 21-CV-4716 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The telephonic oral argument scheduled for Monday Aril 4, 2022, at 10:00 a.m. (see dkt. no. 38) is adjourned to Monday April 11, 2022, at 9:00 a.m. using the same dial-in information.

**SO ORDERED.**

Dated:    March 24, 2022
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge