# RUTKIN & WOLF PLLC

| BRONX OFFICE | RUTKINWOLF.COM | WESTCHESTER OFFICE |
|---|---|---|
| 910 GRAND CONCOURSE | FAX: (866) 702-4596 | 203 E POST ROAD |
| SUITE 1F | | WHITE PLAINS, NY 10601 |
| BRONX, NY 10451 | | (914) 358-5333 |
| (718) 410-0653 | | |

August 11, 2022

**VIA ECF**

The Honorable Loretta A. Preska
United States District Judge
United States District Couirt, Southern District of New York
500 Pearl Street, Room 2220
New York, New York 10007

        Re:    JTH TAX LLC, et al v. Cybulski, et al
             Case No. 21-cv-04716 (LAP)

Dear Judge Preska,

    This office represents the defendants in the above referenced action and submits this letter to request an adjournment of the August 15, 2022 conference. I will be on vacation from August 15, 2022 returning August 29, 2022 to the office. Defendants respectfully request an adjournment until the week of August 29, 2022.

    Thank you for considering this request.

Respectfully submitted,

```
The teleconference is
adjourned to Wednesday August
31, 2022, at 11 a.m. using
the same dial-in information.
```

s/ Jason M. Wolf

Jason M. Wolf
jason@rutkinwolf.com

SO ORDERED.

*Loretta A. Preska*

8/12/2022