UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
JTH Tao LLC, et al.,

                      Plaintiff(s),     21 cv 4716 (LAP)

      -against-                        ORDER

Cybulski, et al.,
                      Defendant(s).
----------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

       Counsel shall confer and inform Judge Preska by letter no later than March 26, 2024 of the status of the action/remaining claims/defendants.

SO ORDERED.

                                           *Loretta A. Preska*
                                           LORETTA A. PRESKA,
                                           Senior U.S.D.J.

Dated: 3/19/24
New York, New York