UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X
JTH TAX, LLC D/B/A LIBERTY TAX           :
SERVICES, SIEMPRETAX+ LLC,               :     21 Civ. 4716 (LAP)
                                         :
                Plaintiffs,              :
                                         :         ORDER
        v.                               :
                                         :
MICHAEL CYBULSKI, MC TAX LLC,            :
EMPIRE TAX SERVICES, INC.,               :
NAYELI CORIA,                            :
                                         :
                Defendants.              :
------------------------------------------X

LORETTA A. PRESKA, Senior United States District Judge:

    At the conference held on April 11, it was agreed that 1) any additional discovery requests shall be served no later than April 24; 2) all discovery shall be completed no later than June 5; 3) any motions for summary judgment shall be filed no later than June 19; and 4) if the case goes to trial, trial shall commence on September 16 at 10:00 AM in courtroom 12A at 500 Pearl Street.

SO ORDERED.

Dated:   New York, New York
         April 11, 2024

_____
LORETTA A. PRESKA
Senior United States District Judge