IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JTH TAX, LLC d/b/a LIBERTY TAX SERVICE and
SIEMPRE+ LLC

            Plaintiffs,

Case No. 21-04716

v.

MICHAEL CYBULSKI, MC TAX LLC, EMPIRE
TAX SERVICE, INC. and NAYELI CORIA,

            Defendants.
_____/

## FINAL CONSENT ORDER AND JUDGMENT AGAINST DEFENDANT NAYELI CORIA ONLY

Pursuant to a settlement agreement and upon the joint motion of Plaintiff JTH Tax LLC d/b/a Liberty Tax Service ("Liberty") and Defendant Nayeli Coria ("Coria") (together, the "Parties"), the Parties have agreed to entry of this Final Consent Order and Judgment (the "Order") on the terms set forth below.[1] The Court, having reviewed and considered this Order, hereby ORDERS as follows:

    1.    Coria, and all those acting by, through or in concert with her, are permanently enjoined from directly or indirectly, accessing Liberty's computer system, or otherwise possessing, misappropriating, using or disclosing Liberty's Confidential Information (as defined in Liberty's Franchise Agreements – *see* Exhibit A to Verified Complaint);

    2.    Coria, and all those acting by, through or in concert with her, are permanently enjoined from directly or indirectly, tortiously interfering with Liberty's franchise agreements with any Liberty franchisees;

---

[1] The Final Consent Order and Judgment does not apply to, and does not dismiss any claims against, Defendants Michael Cybulski, MC Tax LLC, or Empire Tax Service, Inc.

3. For the avoidance of doubt, this Order applies only to Coria and does not apply to, and does not dismiss any claims against, any other Defendants in this case, including, without limitation Defendants Michael Cybulski, MC Tax LLC, and Empire Tax Services, Inc.;

4. Pursuant to Fed. R. Civ. P. 41(a)(2), all claims in this action against Coria are hereby dismissed with prejudice; and

5. The Court shall retain jurisdiction for purposes of enforcing this Order, including the injunctive order in Paragraphs 1-4 of this Order, and over any disputes or issues arising from or in any way related to the subject matter of the Order until eighteen months following the entry of this Order. This Order and its terms shall continue in full force and effect.

6. The Clerk of the Court is directed to close the open motion at docket entry 79.

SO ORDERED on this 9th day of July, 2024

*Loretta A. Presky*
UNITED STATES DISTRICT COURT JUDGE