IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JTH TAX LLC d/b/a LIBERTY TAX SERVICE and SIEMPRETAX+ LLC,<br><br>      Plaintiffs,<br><br>v.<br><br>MICHAEL CYBULSKI, MC TAX LLC, EMPIRE TAX SERVICES, INC. and NAYELI CORIA,<br><br>      Defendants. | Case No.: 1:21-cv-04716<br><br>**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*** |

John W. Moran ("Movant"), having moved for admission to practice *pro hac vice* in the above-captioned matter for all purposes as counsel and advocate for Plaintiffs JTH Tax LLC d/b/a Liberty Tax Service and Siempretax+ LLC; and Movant having affirmed that he is a member in good standing of the bars of the Commonwealth of Massachusetts and the State of Maine; and that his contact information is as follows:

  John W. Moran
  Gordon Rees Scully Mansukhani LLP
  28 State Street, Suite 1050
  Boston, MA 02109
  Email: jmoran@grsm.com

**IT IS HEREBY ORDERED** that Movant is admitted to practice *pro hac vice* in the above-captioned matter in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including all Rules governing the discipline of attorneys.

DATED:  October 25, 2024

                     */s/ Loretta A. Preska*
                     LORETTA A. PRESKA
                     U.S. District Judge