UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JTH TAX LLC d/b/a LIBERTY TAX
SERVICE AND SIEMPRETAX+ LLC,

                Plaintiff,

-against-

MICHAEL CYBULSKI, MC TAX LLC,
EMPIRE TAX SERVICES, INC. AND
NAYELI CORIA,

                Defendants.

No. 21 CV 04716 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Plaintiffs' Pretrial Order (dkt. no. 93).  The Court notes that Defendants failed to participate in drafting a Joint Pretrial Order.  The Court is in receipt of Plaintiffs' Motion in Limine (dkt. no. 94).  The Court did not receive an opposition to the Motion in Limine from Defendants by November 22, 2024, which was the deadline that was jointly proposed by the parties and subsequently ordered by the Court (dkt. no. 87).  The Court is in receipt of Plaintiffs' Pretrial Memorandum and Statement of the Elements of the Claims (dkt. nos. 96 and 97).  Defendants have until November 29, 2024 to file Pretrial Briefs (dkt. no. 87).  The Court reminds Defendants that a pretrial conference is set for December 3, 2024 at 10:00 a.m. and trial is set to begin on December 9, 2024

at 10:00 a.m.  Failure to appear at the pretrial conference or the trial may result in an entry of default.

**SO ORDERED.**

Dated:     November 27, 2024
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge